```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

HECTOR RUBIO,

        Plaintiff,              NO. CIV. S-07-00568 WBS GGH
   v.

ROMAN CATHOLIC BISHOP
OF SACRAMENTO, a corporation
sole,

        Defendant.
_____/

ROMAN CATHOLIC BISHOP            RELATED CASE ORDER
OF SACRAMENTO, a corporation
sole,

        Plaintiff,              NO. CIV. S-07-01435 LKK GGH

   v.

HECTOR RUBIO,

        Defendant.
_____/

HECTOR RUBIO,

        Plaintiff,              NO. CIV. S-07-01583 LKK GGH

   v.

ROMAN CATHOLIC BISHOP OF
SACRAMENTO, a corporation sole,

        Defendant.
_____/
```

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997), in that all three actions involve the same parties and related claims.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and the same magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the actions denominated CIV. S-07-00568 WBS GGH, Hector Rubio v. Roman Catholic Bishop of Sacramento, CIV. S-07-01435 LKK GGH, Roman Catholic Bishop of Sacramento v. Hector Rubio, and CIV. S-07-01583 LKK-GGH, Hector Rubio v. Roman Catholic Bishop of Sacramento, should be, and the same hereby are, deemed related and cases denominated CIV. S-07-01435 LKK GGH and CIV. S-07-01583 LKK GGH shall be reassigned to the Honorable WILLIAM B. SHUBB (and Magistrate Judge Gregory G. Hollows) for all further proceedings.  Henceforth the captions on all documents filed in the reassigned cases shall be shown as CIV. S-07-01435 WBS GGH and CIV. S-07-01583 WBS GGH, respectively, and any dates currently set in the reassigned cases only are hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to

//

//

1  compensate for this reassignment.
2          IT IS SO ORDERED.
3  DATED:  August 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE